■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ALFRED BOCHYNSKI, Appellant.— Order unanimously reversed and matter remitted to Erie County Court for a hearing. Memorandum: The respondent concedes it is unable conclusively to refute the allegations set forth in appellant's petition that a full confession was given and that his plea of guilty was entered in reliance on certain promises and misrepresentations by a member of the District Attorney's staff. (See *People v. Richetti*, 302 N. Y. 290; *People v. Picciotti*, 4 N Y 2d 340.) (Appeal from order of Erie County Court denying,

without a hearing, motion to vacate a judgment of conviction for attempted burglary, first degree, rendered June 20, 1957.) Present — Bastow, J. P., Henry, Del Vecchio and Marsh, JJ.